| UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK | Attorney: THE MARKS LAW FIRM, P.C. |
|---|---|

LUC BURBON AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED

                          Plaintiff(s)

- against -

FACTORY DIRECT CRAFT SUPPLY, INC.

                          Defendant(s)

Index # 1:21-CV-1054 MKB-RLM

Purchased February 26, 2021

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 9, 2021 at 11:00 AM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH CIVIL COVER SHEET on FACTORY DIRECT CRAFT SUPPLY, INC. therein named,

**SECRETARY OF STATE** a Foreign corporation by delivering thereat one true copy to SUE ZOUKY, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under Section 307 of the Business Corporation Law and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 65 | 5'2 | 130 |

Sworn to me on March 15, 2021

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER |
|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York |
| No. 01KN6178241 | No. 01MU6238632 | No. 01BR4949206 |
| Qualified In New York County | Qualified in Queens County | Qualified in Bronx County |
| Commission Expires November 26, 2023 | Commission Expires April 11, 2023 | Commission Expires April 3, 2023 |

**STEVEN C. AVERY**

Invoice #: 760442

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045

UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK    Attorney: THE MARKS LAW FIRM, P.C.

LUC BURBON AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED

Plaintiff(s)

- against -

Index # 1:21-CV-1054 MKB-RLM

Purchased February 26, 2021

FACTORY DIRECT CRAFT SUPPLY, INC.

Defendant(s)

Mail Date March 11, 2021

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 11, 2021 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH CIVIL COVER SHEET to FACTORY DIRECT CRAFT SUPPLY, INC. at

901 PLEASANT VALLEY DR.
SPRINGBORO, OH

Copy was mailed REGISTERED MAIL-RETURN RECEIPT REQUESTED, RECEIPT #RA604889464US and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Also mailed a notice that the N. Y. Secretary of State was served with the legal documents herein described and tendered the statutory fee.

Sworn to me on: March 11, 2021

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER |
| --- | --- | --- |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York |
| No. 01KN6178241 | No. 01MU6238632 | No. 01BR4949206 |
| Qualified In New York County | Qualified in Queens County | Qualified in Bronx County |
| Commission Expires November 26, 2023 | Commission Expires April 11, 2023 | Commission Expires April 3, 2023 |

**CHRISTOPHER J. KLEIN**
License #: 1188546
Invoice #: 760442

| Registered No. RA604889464US | | Date Stamp |
|---|---|---|
| Postage $ $2.20 | Extra Services & Fees (continued) | CHURCH ST. STATION 0005 MAR 11 2021 NEW YORK, NY |
| Extra Services & Fees ☐ Registered Mail $ $12.90 ☐ Return Receipt (hardcopy) $ $2.85 ☐ Return Receipt (electronic) $ $0.00 ☐ Restricted Delivery $ | ☐ Signature Confirmation $ ☐ Signature Confirmation Restricted Delivery $ Total Postage & Fees $ $17.95 | Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $0.00 $ | Received by 03/11/2021 | |

OFFICIAL USE
NEW YORK, NY 10007

**FROM:** UNITED PROCESS SERVICE, INC.
225 BROADWAY, SUITE 440
NEW YORK, NY 10007

**TO:** Factory Direct Craft Supply, Inc.
901 (SR?) Pleasant Valley Dr.
Springboro, OH 45066

PS Form 3806, Registered Mail Receipt  Copy 1 - Customer
April 2015, PSN 7530-02-000-9051  (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®