UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------x

LUC BURBON and on behalf of all
other persons similarly situated,

                            Plaintiffs,             No. 1:21-cv-01054-MKB-RLM

                  -against-

FACTORY DIRECT CRAFT SUPPLY, INC.,

                            Defendant.

------------------------------------------------x

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, that this action is dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its or their own legal fees and costs.

Dated:

| | |
|---|---|
| THE MARKS LAW FIRM, P.C. | TAFT STETTINIUS & HOLLISTER LLP |
| By: _____ | By: _____ |
| Bradly G. Marks | Daniel H. Bryan |
| 54 West 40th Street, Suite 1131 | 200 Public Square, Suite 3500 |
| New York, New York 10018 | Cleveland, Ohio 44114-2302 |
| (646) 770-3775 | (216) 241-2838 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

SO ORDERED:
s/ MKB 8/10/2021

_____
MARGO K. BRODIE
United States District Judge

- 10 -